IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02386-MSK-BNB

STRATEGIC SIMULATION SOLUTIONS, LLC,

Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **December 3, 2012**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 15, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge